UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JERMAINE WHINDLETON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Docket No. 2:13-cr-064-NT<br>Docket No. 2:17-cv-385-NT |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on October 11, 2018, his Recommended Decision on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and, on the same date, granted the Petitioner's motion to supplement his § 2255 motion (ECF Nos. 156 and 157). The Government objected to the motion to supplement on October 16, 2018. (ECF No. 159). The Petitioner filed an objection to the Recommended Decision on December 3, 2018 (ECF No. 162). The Government filed an Opposition to the Recommended Decision on December 4, 2018 (ECF No. 164). The Petitioner filed a Reply to the Recommended Decision on January 22, 2018 (ECF No. 168).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision;

and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. The Government's objection to the Petitioner's motion to supplement (ECF No. 159) is **OVERRULED**.

3. It is further **ORDERED** that the Petitioner's 28 U.S.C. § 2255 Petition (ECF No. 137) be **DENIED**.

4. It is further **ORDERED** that the Petitioner's motion to stay (ECF No. 163) be **DENIED**.

5. It is further **ORDERED** that no certificate of appealability should issue in the event the Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 1st day of February, 2019.